Table of Contents


1. Letter from Anna Fleishauer,  Mr. Guinsler's mother;

2. Letter from Sherry Ann Roth, Mr. Guinsler's grandmother;

3. Letter from Lara Miller, Mr. Guinsler's aunt;

4.. Letter from Rachel Cabrejo, Mr. Guinsler's aunt;

5. Letter from Jim Weston, Pastor

6. Letter from Heath Hundall- Celebrate Recovery

7. Letter from Dr. Larry Lamb- Celebrate Recovery

May 25, 2026

Dear Honorable Judge Raymond Jackson:

I am Isaac Guinsler's mom and have known him for his entire life of 25 years. I am a Business Operations Manager supporting a major government contract at NASA Langley Research Center, and I reside in Yorktown, Virginia.

From the very beginning, Isaac has been full of energy, curiosity, and a desire to understand the world around him. As a young child, he approached life with creativity and imagination. I remember one moment when he transformed our kitchen into a racetrack for his toy cars using items from the pantry. While it may seem small, it reflects who he has always been at his core—curious, imaginative, and engaged with the world.

At the same time, Isaac had an instinct to care for others. When he was about eight years old, an elderly neighbor came to our home to tell me that Isaac stepped in on his own to help her with yard work. He was not asked, he simply saw someone who needed help and acted. That moment has always stayed with me as a reflection of his character.

Isaac's childhood, however, was not easy. Following his father's and my divorce, ongoing conflict between households created instability during critical years of his development. There were times when he lacked the sense of security and consistency that kids need. As a teenager, he chose to return to live with me, where he found a more stable environment, completed high school, and graduated in 2019.

After graduation, Isaac began working at Newport News Shipyard and later made the decision to enlist in the United States Army in 2021. I believe that decision reflected his desire to find direction, structure, and purpose. While in the Army, he returned home through the Red Cross in 2023 to be with his granddad (my dad) during his final days. Isaac stayed by his side during that time, offering support and love. Losing his granddad—one of the few steady male figures in his life—deeply affected him.

When I later learned he was under investigation, it was one of the most difficult moments our family has ever faced. As his mom, I had to balance my love for him with my responsibility to protect my family, and I made the difficult decision to set boundaries until I could truly understand where he stood. Over time, Isaac has shown me through his actions—not just his words—that he is deeply sorry and has taken full responsibility for what he has done.

Over the past year, I have seen meaningful and genuine change in my son. He has sought out counseling, surrounded himself with mentors who hold him accountable, and leaned

into his faith in God for guidance. These were not things he was told to do—these are choices he made himself. I have watched him become more reflective, more accountable, and more committed to living differently.

This situation has been incredibly painful for our family, and its impact has reached every part of our lives. Even so, I stand here committed to supporting Isaac—not blindly, but because I have seen the effort, the growth, and the sincerity of his desire to change.

I believe in my son. I believe he has learned from this, and I believe he has the ability to build a better and more responsible future. I respectfully ask that you consider not only the seriousness of his actions, but also the person he has been, the challenges he has faced, and the man he is working to become.

Sincerely,

*Anna Fleishauer*

Anna Fleishauer

Sherry Ann Rotter



May 12, 2026

The Honorable Judge Raymond A. Jackson
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

Subject: Character Reference for Isaac J Guinsler

Dear Judge Jackson,

Your Honor, I am grateful to have the privilege to address the character of my grandson, Isaac J Guinsler.  I am retired, and currently reside in the State of Colorado since the death of my husband of Fifty-Two years, in April of 2023. I have had a nursing career for most of my life with Riverside Health System in Newport News, and Children's Hospital of the Kings Daughters in Norfolk VA. My husband and I were involved extensively in Christian Church ministry work in the Hampton Roads area, where working with the unfortunate, hurting and dysfunctional people was a common experience.

Isaac was born the second child in his biological parents' marriage, preceded by a sister. Soon afterwards, another sister came along. Sadly, his parents' marriage ended in divorce and consequently the children spent their time between both parents.

Isaac continued to grow and mature. He was a very smart and talented child with some normal sibling bantering and at times a bit bored with the status quo. He is artistic, he enjoys hiking, camping, fishing, landscaping. He was raised in the Christian church, he was well liked by his classmates, and a little shy around girls. He was always kind and respectful. During his school years, my husband and I made every effort to have all of the grandchildren, and cousins spend time with us to try to keep family relationships strong.

Before long, Isaac graduated from High School and began working at the NN Shipyard Apprentice program. He was a very responsible employee and young adult. He was able to take care of himself and support his family in many ways. This career path did not bring satisfaction so he then proceeded to enlist with the U S Army in 2022.

During his young adult years living in Yorktown, VA. He spent a lot of good quality time with family and in particular, my husband, Isaac's grandfather. Often, he would come and enjoy

breakfast together with us and even cook for us himself. My husband would give him guitar lessons and they enjoyed each other's company, with many deep conversations.

Isaac was also a peacemaker. After graduation when Isaac's relationship with his biological father was deteriorating, Isaac began counselling to see how to fix the relationship. He would even set up sessions where he and his father could see a therapist together. But sadly, there were extenuating circumstance with the new step mother and Isaac's efforts were ignored.

Fast forward, Isaac is a soldier now, serving his country and making a way for himself. Much of his training was in Texas. Isaacs maternal great grandmother dies in 2021. In April of 2023, my husband, Isaacs's grandfather dies. Isaac then came from Texas and spent a good amount of time with me and the family, which was a blessing.

In 2023 he was to begin preparing for duty in Korea. A young soldier, alone, with language and culture barriers, and grieving over the loss of his grandfather. It was then, 2024, that these charges came against my grandson.

It was a great shock to me and the family. This is so out of character for him. But I have to say, I am proud of the stand he has taken in response these charges. He accepted responsibility for his actions, like a man; he knows the price he will have to pay for it. He did not try to run away; he is very remorseful. He is determined to do right. His family still means a lot to him. He had received professional counseling even before he was arrested on Federal charges. He has submitted himself to God and has followed in the Christian way, through fellowship with his local church pastors. He calls his mother nearly every night and he calls me a couple times a month. I believe he is going to get through this, and will be a better person because of it.

Your Honor, I pray that you will have mercy on Isaac as you take into account who he really is.

Sincerely,

Sherry Ann Rotter
███████████

Dear Judge Jackson:

My name is Lara Miller, and I reside in Colorado. I am a nurse by background and currently serve as the Director of Surgery and Trauma at a safety net hospital. I am writing in support of my nephew, Isaac Guinsler, whom I have known his entire life.

I was 18 years old when Isaac was born, and I remember staying with my sister for several weeks to help with the children. Isaac was always an energetic and spirited child. One memory that has always stayed with me was taking the kids to get cookies at Patrick Henry Mall, with Isaac excitedly calling from the back seat, "I want my cookie." Even as a young child, he had a vibrant personality that brought joy to those around him.

Although I moved away from Virginia after getting married, I remained involved in the family's life and visited often. As Isaac grew older, he joined the military, and in recent years I have had the opportunity to reconnect with him as an adult. Last year, he visited me in Colorado, and we spent the day exploring Lookout Mountain and having meaningful conversations about life, growth, and accountability.

During the past year, I have seen Isaac demonstrate genuine insight into his life and choices. He has made efforts to engage in healthier coping mechanisms, surround himself with people who hold him accountable, and strengthen his relationship with a higher power. I have also seen him make intentional efforts to reconnect with and support his family. He has treated his mother with respect and care, helping around the house and even preparing gourmet dinners for her at home. He also initiated monthly family FaceTime calls to help reconnect relatives living across different states.

Isaac experienced challenges growing up as a child of divorce, and I believe those experiences impacted him in many ways. Despite these difficulties, I believe he is remorseful for his actions and is trying to make meaningful changes in his life. This situation has affected our family deeply, but we continue to love and support him.

I believe Isaac has the ability to continue growing from this experience and build a positive future for himself. I respectfully ask the Court to consider the whole person that Isaac is, including the efforts he has made to take responsibility, reconnect with his family, and move forward in a healthier direction.

Sincerely,

Lara Miller
*Lara Miller*

Isai and Rachel Cabrejo



May 22, 2026

Dear Honorable Judge Raymond Jackson,

We are writing to express our support for our nephew, Isaac J. Guinsler. My name is Rachel Cabrejo. My husband, Isai Cabrejo, and I have been married for over 24 years. Isaac was only a few months old when my husband joined our family. Our extended family has been an integral part of our lives with frequent visits and family reunions.

We have known Isaac to be a deeply loving and loyal person who strives to put his family first. Isaac is extremely close to his mother, Anna C. Fleishauer. I can recall numerous times that Anna would tell me how helpful Isaac was around the house, and how he frequently was the first to offer to help her with anything she needed. Isaac joined the Army in 2021 and I believe the separation from his family was very difficult for him.

Isaac has been in frequent contact with my husband and I over the last year seeking general guidance and encouragement. In addition, he has been active in his local church community and received pastoral counseling. Over the last year we have seen a tremendous change in Issac's character. He has taken accountability for his past addiction and has expressed remorse over his actions.

We are aware of what Isaac has been charged with and are deeply saddened by his actions. We believe this to be uncharacteristic of his usual conduct. Based on our knowledge of his involvement with family, church, and his service in the United States Army we respectfully request the court consider his positive attributes and potential for rehabilitation when making a sentencing decision. We plead with the court to only extend the minimum sentence necessary to allow Isaac the opportunity of rehabilitation and a meaningful life with his family. Thank you for your consideration.

Sincerely,

Isai and Rachel Cabrejo

May 24, 2026

Re: Isaac Guinsler

Your Honor:

I am writing this letter on behalf of Isaac Guinsler. As his pastor, I have had the opportunity to speak with Isaac on multiple occasions both prior to and following his incarceration. Through those conversations, I have observed a consistent spirit of remorse, reflection, and a sincere desire to change the course of his life.

It would be easy for someone facing difficult circumstances to offer empty words of regret simply because of the consequences they now face. However, my conversations with Isaac have led me to believe that his remorse is genuine. The tenor of our discussions has not been one of excuse-making or blame-shifting, but rather one of personal accountability and recognition of the seriousness of his actions.

What has especially stood out to me is that Isaac had already begun taking intentional steps to redirect his life even before his incarceration. In my interactions with him, I saw someone who understood that meaningful change requires more than words—it requires deliberate action, humility, and a willingness to confront past mistakes honestly. Since his incarceration, I have continued to see evidence of reflection and a desire to pursue a better path forward.

As a pastor, I believe deeply in both accountability and redemption. Consequences for actions are important, but I also believe our justice system is at its best when it recognizes the possibility of transformation in an individual's life. Based on my personal interactions with Isaac, I believe he possesses the capacity for growth, rehabilitation, and becoming a productive and responsible member of society.

I respectfully ask the Court to consider not only the offense before it, but also the character, remorse, and sincere efforts toward change that Isaac has demonstrated. Thank you for taking the time to read this letter and for your service in carrying out the difficult responsibilities entrusted to you.

Respectfully,

Pastor Jim Weston
Menchville Baptist Church

To Whom It May Concern,

My name is Heath Hudnall, and I am the Ministry Leader for Celebrate Recovery at Manna Church in Newport News, VA.  This email is to confirm that Isaac Guinsler has attended our Celebrate Recovery program and has also participated in Celebrate Recovery at Northside Christian Church in Yorktown, Virginia. Please see Larry Lamb's message (forwarded here).  He is the Ministry Leader for the Celebrate Recovery there at Northside.  He can be reached at 757- ▮▮▮▮▮▮ or at ▮▮▮▮▮▮▮▮▮▮▮▮▮

Celebrate Recovery is a Christ-centered 12-step recovery program.  The program focuses on addictions, mental health, sexual integrity, and overall spiritual growth.  We apply the principles of the Bible along with the 12 steps to help people find freedom, healing, and purpose.  I have been the Ministry Leader at Manna Church since the beginning of 2022.

During Isaac's involvement with Celebrate Recovery, he also completed a Step Study, which is a 26-week, in-depth recovery support group. This study walks participants through the recovery process using biblical principles and guided group discussion, with a focus on personal accountability, honesty, making amends where appropriate, identifying unhealthy patterns, and pursuing lasting life change. Completion of a Step Study requires consistent attendance, active participation, self-reflection, and engagement with others in the group.

Based on my personal knowledge and observations, Isaac actively engaged with the program and with other participants. He demonstrated growth over the course of his involvement and appeared to take the process seriously. He was willing to reflect on his actions, participate honestly, and support others in their own recovery journeys.

It is also my opinion that Isaac expressed what appeared to be genuine remorse and repentance regarding his past actions. While I cannot speak to legal matters beyond my role, I can attest that his involvement in Celebrate Recovery was meaningful, consistent, and marked by visible personal growth.

Please feel free to contact me if you need any additional information regarding his participation.


Respectfully,

Heath Hudnall

Ministry Leader of Celebrate Recovery

Manna Church Newport News

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

My name is Larry Lamb. I am retired pastor from Northside Christian church   I have served there for 18 years and upon retirement I have continued overseeing celebrate recovery at our church. I have  a doctorate in marriage and family.  Isaac has consistently come to celebrate recovery and attended the open share breakout group for people with sexual addiction and people desiring sexual purity.  He worked very hard obeyed all the restrictions we placed on him, and proved to be very repentant and desirous of reaching sexual sobriety.

God bless Dr Larry  Lamb